UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

No. 15-2251
———

FRANCIS X. CHENEY, II,
                              Appellant

v.

DAILY NEWS L.P.
———

(D.C. No. 2-15-cv-01194)
———

Present:  FISHER, CHAGARES and BARRY, *Circuit Judges*.
———

SUR PETITION FOR PANEL REHEARING
———


The petition for rehearing filed by Appellant, Francis X. Cheney, II in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The case will be listed for argument at the convenience of the panel.


BY THE COURT:


*s/ D. Michael Fisher*
Circuit Judge

Dated: March 22, 2016
CJG/cc:     James G. Begley, III, Esq.
            Michael L. Berry, Esq.
            James P. Goslee, Esq.
            Elizabeth Seidlin-Bernstein, Esq.